UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RENAISSANCE HEAL TH, LLC AND
ROBERT WRIGHT,

      Plaintiffs,

- against -

HITEKS SOLUTIONS, INC.,
GERASIMOS PETRATOS, MD,
(Individually and in his Representative
Capacity); MARTY COYNE, MD
(Individually and in his Representative
Capacity); PERIS BRODSKY, CT
(Individually and in his Representative
Capacity); JOHN DOES 1-10; XYZ
CORPORATION 1-10

      Defendants.

**ORDER**

19 Civ. 11310 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

    The conference scheduled for April 2, 2020, is hereby adjourned to **May 21, 2020 at 10:00 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated: New York, New York
    March 24, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge