UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RENAISSANCE HEAL TH, LLC AND
ROBERT WRIGHT,

              Plaintiffs,

- against -

HITEKS SOLUTIONS, INC.,
GERASIMOS PETRATOS, MD,
(Individually and in his Representative
Capacity); MARTY COYNE, MD
(Individually and in his Representative
Capacity); PERIS BRODSKY, CT
(Individually and in his Representative
Capacity); JOHN DOES 1-10; XYZ
CORPORATION 1-10

              Defendants.

**ORDER**

19 Civ. 11310 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The conference scheduled for May 21, 2020, is hereby adjourned to **June 25, 2020 at 10:30 a.m.** in Courtroom 705 of the Thurgood Marshall United States Courthouse, 40 Foley Square, New York, New York.

Dated:  New York, New York
         April 28, 2020

SO ORDERED.

Paul G. Gardephe
United States District Judge