UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

RENAISSANCE HEALTH, LLC, and
ROBERT WRIGHT,

                Plaintiffs,

- against -

GERASIMOS PETRATOS, MD, PERIS BRODSKY, CT, HITEKS SOLUTIONS, INC., MARTY COYNE, MD,

                Defendants.

**ORDER**

19 Civ. 11310 (PGG)

PAUL G. GARDEPHE, U.S.D.J.:

        The conference currently scheduled for July 9, 2020 is adjourned <u>sine die</u>.

Dated: New York, New York
       July 8, 2020

SO ORDERED.

_____
Paul G. Gardephe
United States District Judge