UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
RENAISSANCE HEALTH, LLC, et al.,
                                                            :    ORDER
              Plaintiffs,                                        19 Civ. 11310 (GWG)
                                                            :
    -v.-
                                                            :
PETRATOOS, MD, et al.,
                                                            :
              Defendants.                                   :
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

The time of the Rule 16 conference on October 2, 2020, is changed to 2:00 p.m. Counsel should confirm that all other counsel are aware of this change.

SO ORDERED.

Dated: September 22, 2020
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge