UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------X
RENAISSANCE HEALTH, LLC, et al.,                         :

                                                      :      ORDER OF DISCONTINUANCE
                Plaintiffs,                               19 Civ. 11310 (GWG)
                                                    :

    -v.-
                                                      :

GERASIMOS PETRATOS, MD, et al.,
                                                     :

                Defendants.                       :
-------------------------------------------------------------X

GABRIEL W. GORENSTEIN, United States Magistrate Judge

      On September 11, 2020, an order was issued on the parties' consent agreeing to disposition of this matter by the undersigned pursuant to 28 U.S.C. § 636(c).  It has now been reported to the Court that the parties have reached a settlement of this matter.

      Accordingly, it is hereby ORDERED that this action is dismissed with prejudice and without costs (including attorney's fees) to either party.  If either party wishes to reinstate this matter, the party must make a letter application to the undersigned before the 30-day period expires seeking to re-open this matter.  Any application to reopen filed thereafter may be denied solely for failure to meet the 30-day deadline.

      Any pending motions are moot.  The Clerk is requested to close the case.

      SO ORDERED.

Dated: January 13, 2021
       New York, New York

_____
GABRIEL W. GORENSTEIN
United States Magistrate Judge